IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PASSALACQUA,<br><br>                  Plaintiff,<br><br>    v.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>                  Defendants. | CIVIL ACTION<br>NO. 14-5618 |

# ORDER

**AND NOW**, this 2nd day of December 2016, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 38), Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment (Doc. No. 42), and Defendants' Reply (Doc. No. 50), and in accordance with the Opinion issued this day, it is **ORDERED** that Defendants' Motion for Summary Judgment (Doc. No. 38) will be **GRANTED IN PART AND DENIED IN PART.** It is **FURHTER ORDERED** that Defendants' Motion for Summary Judgment (Doc. No. 38) will be **GRANTED** on the following claims:

1. Summary judgment will be granted in favor of Defendants Ramsey and Williams on Count I.

2. Summary judgment will be granted in favor of Defendants Ramsey, Williams, Wixted, and Does on Count II.

3. Summary judgment will be granted in favor of Defendant Ramsey on Count III on the failure to supervise allegations. Summary judgment also will be granted in favor of Defendants Ramsey, Williams, Wixted and Meehan on Count III on the unreasonable search and seizure allegations arising from the strip search.

4. Summary judgment will be granted in favor of Defendants Ramsey, Williams, Wixted, Meehan, and Doe on Count V.

5. Summary judgment will be granted in favor of the City of Philadelphia on Count VI.

6. Summary judgment will be granted in favor of all Defendants on Count IX.

7. Summary judgment will be granted in favor of Defendants Ramsey, Williams, Wixted, Meehan, and Doe on Counts X and XI on the claims for monetary damages only.

Defendants' Motion for Summary Judgment (Doc. No. 38) will be **DENIED** on the following claims:

1. Summary Judgment will be denied on Count I against Defendants Meehan and Wixted.

2. Summary judgment will be denied on Count III against Defendant Williams on the allegations of an unreasonable search and seizure regarding Plaintiff's DNA and fingerprints.

3. Summary judgment will be denied on Counts X and XI on the request for injunctive relief.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.